IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA JAY SCHROEDER,<br><br>Defendant. | CR 20–09–BU–DLC<br><br>ORDER |

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 33.) Defendant Joshua Jay Schroeder appeared before the Court on August 24, 2020 and entered a plea of guilty to counts I, II and III of the superseding information. (Doc. 31.) He also admitted the forfeiture allegation. (*Id.*) Schroeder's plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1), 881(a)(7) and (11).

IT IS ORDERED that:

1. Defendant Schroeder's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1), 881(a)(7) and (11):

- $1,824.00, U.S. Currency

2. The United States Marshal's Service, the Drug Enforcement Administration, and/or a designated sub-custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law;

3.  The United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1), 881(a)(7) and (11) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

4.  Upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 27th day of August, 2020.

_____
Dana L. Christensen, District Judge
United States District Court